UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

RUSSELL BUSH, MD,                                  10TH Circuit Case No. 21-046093-CB-3
        Plaintiff,                         U.S. District Court Case No. 25-CV-13417-TLL-PTM

v

DAVID STOCKMAN, MD,
An Individual
&

MICHIGAN INSTITUTE OF FORENSIC
SCIENCE & MEDICINE, PC
A Domestic Professional Corporation,
        Defendants.

---

GARSKE, HEWITT, & RODENBO PLC          David Stockman, Pro se
Stephan M. Gaus (P28943)               3871 Fortune Boulevard
Aaron C. Rodenbo (P74205)              Saginaw, MI 48603
Attorneys for Plaintiff
708 S. Euclid Avenue
Bay City, MI 48706                     989-341-3017
989-355-0100                           dstockma4@icloud.com
gaus@garskelaw.com
arodenbo@garskelaw.com

---

## PLAINTIFF BUSH'S SUPPLEMENTAL BRIEF TO PLAINTIFF'S MOTION TO REMAND TO STATE COURT

NOW COMES RUSSELL BUSH, MD by and through his attorneys, GARSKE, HEWITT, & RODENBO PLC, by STEPHAN M. GAUS, Esq., and in further response to the *third attempted Removal* by Defendant, DAVID STOCKMAN, MD, In Pro Per (on his individual behalf and now on behalf of the Defendant MIFSM as well), and pursuant to the statutes and Court Rules set before this Court, states as follows:

1. The Plaintiff's Motion to Remand was filed before this Court on October 29, 2025.

1

2. This Motion to Remand followed two previous, erroneous Removals filed by the Defendant, as detailed in the Motion.

3. That the Defendant has demonstrated a long-term propensity to file vexatious cases in the Federal Court, and, as detailed in the Motion, was previously warned by this Court in an earlier Removal case that filing another Removal would have him found to be a vexatious litigant.

4. That despite the warning, the Defendant did file this third Removal.

5. And then, the Defendant filed another meritless suit, an *Adversary Complaint* filed in the Bankruptcy Court in the Northern Division of the Eastern District in the matter of In Re: Perez, Case Number 24-21078. (See Exhibit 1 attached).

6. That the Plaintiffs counsel, the undersigned, was named as a Defendant in the Adversary Complaint, which contained 228 numbered paragraphs detailed in XXIII Counts, set forth in over 84 pages of allegations.

7. This Adversary Complaint was summarily dismissed by Judge Opperman.

8. That the Defendant continues his vexatious litigation without control being exercised over him by the Courts.

9. That the Plaintiff requests that this Court take this subsequent Adversary Complaint into consideration when determining whether to find the Defendant to be a Vexatious litigant.

Conclusion

WHEREFORE, Plaintiff, Russell Bush, MD prays:

1. that this Court deny Defendant Stockman's attempted Removal and Remand this case back to State Court,

2

2. that all appropriate sanctions be made against Defendant Stockman for his frivolous filing of this Removal as an attempt to delay the lower courts process,

3. that Stockman be deemed a vexatious litigant will all sanctions permissible under that determination,

4. that attorney's fees and costs be issued to Counter-Plaintiff Bush in the most severe form of this sanction available to the Court, and

5. such other relief as the Court deems just.

Dated: ___4-8-26___                    Respectfully submitted,

                                       **GARSKE HEWITT, PLC**

                                       BY: _____
                                              STEPHAN M. GAUS (P28943)
                                              Attorneys for Plaintiff
                                              708 South Euclid Avenue
                                              Bay City, MI 48706
                                              T: (989) 355-0100
                                              F: (989) 778-1464

3

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

RUSSELL BUSH, MD,                          10TH Circuit Case No. 21-046093-CB-3
    Plaintiff,                    U.S. District Court Case No. 25-CV-13417-TLL-PTM

v

DAVID STOCKMAN, MD,
An Individual
&

MICHIGAN INSTITUTE OF FORENSIC
SCIENCE & MEDICINE, PC
A Domestic Professional Corporation,
    Defendants.

---

GARSKE, HEWITT, & RODENBO PLC          David Stockman, Pro se
Stephan M. Gaus (P28943)               3871 Fortune Boulevard
Aaron C. Rodenbo (P74205)              Saginaw, MI 48603
Attorneys for Plaintiff
708 S. Euclid Avenue
Bay City, MI 48706                     989-341-3017
989-355-0100                           dstockma4@icloud.com
gaus@garskelaw.com
arodenbo@garskelaw.com

---

## PROOF OF SERVICE

    I, April M. Schuiling, certify that on April 8, 2026, all parties listed in the above caption were served via email with copies of the following:

- Plaintiff Bush's Supplemental Brief to Plaintiff's Motion to Remand to State Court

Dated:   April 8, 2026                  By _April M. Schuiling_____
                                        April M. Schuiling, Legal Assistant
                                        Garske Hewitt & Rodenbo, PLC