UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

RUSSELL BUSH, MD,
    Plaintiff,

v

DAVID STOCKMAN, MD,
An Individual
&

MICHIGAN INSTITUTE OF FORENSIC
SCIENCE & MEDICINE, PC
A Domestic Professional Corporation,
    Defendants.

10TH Circuit Case No. 21-046093-CB-3
U.S. District Court Case No. 25-CV-13417-TLL-PTM

---

GARSKE, HEWITT, & RODENBO PLC
Stephan M. Gaus (P28943)
Aaron C. Rodenbo (P74205)
Attorneys for Plaintiff
708 S. Euclid Avenue
Bay City, MI 48706
989-355-0100
gaus@garskelaw.com
arodenbo@garskelaw.com

David Stockman, Pro se
3871 Fortune Boulevard
Saginaw, MI 48603

989-341-3017
dstockma4@icloud.com

---

**PLAINTIFF BUSH'S SECOND SUPPLEMENTAL BRIEF TO PLAINTIFF'S MOTION TO REMAND TO STATE COURT**

NOW COMES RUSSELL BUSH, MD by and through his attorneys, GARSKE, HEWITT, & RODENBO PLC, by STEPHAN M. GAUS, Esq., and in further response to the *third attempted Removal* by Defendant, DAVID STOCKMAN, MD, In Pro Per (on his individual behalf and now on behalf of the Defendant MIFSM as well), and pursuant to the Statutes and Court Rules set before this Court, states as follows:

1

1. The Plaintiff's Motion to Remand was filed before this Court on October 29, 2025.

2. This Motion to Remand followed two previous, erroneous Removals filed by the Defendant, as detailed in the Motion.

3. That the Defendant has demonstrated a long-term propensity to file vexatious cases in the Federal Court, and, as detailed in the prior Motion and Stockman was previously warned by this Court in an earlier Removal case that filing another Removal would have him found to be a vexatious litigant.

4. That despite the warning, the Defendant did file this third Removal.

5. And then, the Defendant filed another meritless suit, an *Adversary Complaint* filed in the Bankruptcy Court in the Northern Division of the Eastern District in the matter of In Re: Perez, Case Number 24-21078.   (See Plaintiff's Supplemental Brief earlier filed.)

6. That subsequent to the filing of Plaintiff's Supplemental Brief providing the above details, Stockman again, erroneously filed a Removal in another "collection" case from the State Court in Genesee County, Michigan (See attached Exhibit A, Notice of Snap Removal).  This Court may wish to note that this Removal was filed post Judgment, and also on the eve of the Debtor's Exam in that matter, which Stockman ceremoniously announced was "cancelled" due to the Removal. In addition, the Removal was not filed within the first 30 days as is required by the Federal Rules.

7. Contrary to the allegations made by Stockman in this Snap Removal, he did have Notice of the Genesee County State Court proceedings and did have

counsel (three different counsel following Motions for Withdrawal, allegedly for lack of payment to counsel.) Please see the Registry of Actions related to that Case, Exhibit B).

8. That the Defendant continues his vexatious litigation without control being exercised over him by the Courts.

9. That the Plaintiff requests that this Court take this subsequent Snap removal into consideration when determining whether to find the Defendant to be a Vexatious litigant.

Conclusion

WHEREFORE, Plaintiff, Russell Bush, MD prays:

1. that this Court deny Defendant Stockman's attempted Removal and Remand this case back to State Court,

2. that all appropriate sanctions be made against Defendant Stockman for his frivolous filing of this Removal as an attempt to delay the lower courts process,

3. that Stockman be deemed a vexatious litigant will all sanctions permissible under that determination,

4. that attorney's fees and costs be issued to Counter-Plaintiff Bush in the most severe form of this sanction available to the Court, and

5. such other relief as the Court deems just.

Dated:  5-20-26

Respectfully submitted,

**GARSKE HEWITT, PLC**

BY: _____
STEPHAN M. GAUS (P28943)
Attorneys for Plaintiff
708 South Euclid Avenue
Bay City, MI 48706
T: (989) 355-0100
F: (989) 778-1464

4

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

RUSSELL BUSH, MD,
    Plaintiff,

10TH Circuit Case No. 21-046093-CB-3
U.S. District Court Case No. 25-CV-13417-TLL-PTM

v

DAVID STOCKMAN, MD,
An Individual
&

MICHIGAN INSTITUTE OF FORENSIC
SCIENCE & MEDICINE, PC
A Domestic Professional Corporation,
    Defendants.

---

| | |
|---|---|
| GARSKE, HEWITT, & RODENBO PLC<br>Stephan M. Gaus (P28943)<br>Aaron C. Rodenbo (P74205)<br>Attorneys for Plaintiff<br>708 S. Euclid Avenue<br>Bay City, MI 48706<br>989-355-0100<br>gaus@garskelaw.com<br>arodenbo@garskelaw.com | David Stockman, Pro se<br>3871 Fortune Boulevard<br>Saginaw, MI 48603<br><br>989-341-3017<br>dstockma4@icloud.com |

---

## PROOF OF SERVICE

I, April M. Schuiling, certify that on May 20, 2026, all parties listed in the above caption were served via email with copies of the following:

- Plaintiff Bush's Second Supplemental Brief to Plaintiff's Motion to Remand to State Court

Dated:   May 20, 2026

By _April M. Schuiling_

April M. Schuiling, Legal Assistant
Garske Hewitt & Rodenbo, PLC