UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

RUSSELL BUSH, MD,
    Plaintiff,

10TH Circuit Case No. 21-046093-CB-3
U.S. District Court Case No. 25-CV-13417-TLL-PTM

v

DAVID STOCKMAN, MD,
An Individual
&

MICHIGAN INSTITUTE OF FORENSIC
SCIENCE & MEDICINE, PC
A Domestic Professional Corporation,
    Defendants.

---

GARSKE, HEWITT, & RODENBO PLC
Stephan M. Gaus (P28943)
Aaron C. Rodenbo (P74205)
Attorneys for Plaintiff
708 S. Euclid Avenue
Bay City, MI 48706
989-355-0100
gaus@garskelaw.com
arodenbo@garskelaw.com

David Stockman, Pro se
3871 Fortune Boulevard
Saginaw, MI 48603

989-341-3017
dstockma4@icloud.com

---

## PLAINTIFF BUSH'S THIRD SUPPLEMENTAL BRIEF TO PLAINTIFF'S MOTION TO REMAND TO STATE COURT

NOW COMES RUSSELL BUSH, MD by and through his attorneys, GARSKE, HEWITT, & RODENBO PLC, by STEPHAN M. GAUS, Esq., and in further response to the *third attempted Removal* by Defendant, DAVID STOCKMAN, MD, In Pro Per (on his individual behalf and now on behalf of the Defendant MIFSM as well), and pursuant to the Statutes and Court Rules set before this Court, states as follows:

1

1. The Plaintiff's Motion to Remand was filed before this Court on October 29, 2025.

2. This Motion to Remand followed two previous, erroneous Removals filed by the Defendant, as detailed in the Motion.

3. That the Defendant has demonstrated a long-term propensity to file vexatious cases in the Federal Court, and, as detailed in the prior Motion, Stockman was previously warned by this Court in an earlier Removal case that filing another Removal would have him found to be a vexatious litigant.

4. That approximately a month after this third Removal was filed by Stockman in *this* case, he filed another Removal in another collection case, GOF-Finance-C, LLC v Stockman, Northern Division file 25-13749, pending before the Hon David M. Lawson.

5. That Judge Lawson entered an Order of Remand dated May 26, 2026, which Opinion and Order sets out sanctions against Stockman, ***but does not find him a vexatious litigator. (See Ex A attached.)***

6. That this behavior of Stockman is continued proof of his disregard for the Federal Court, its rules and its procedures, and further warrants a finding of this Court of his vexatiousness.

7. That the Defendant continues his vexatious litigation without control being exercised over him by the Courts.

8. That the Plaintiff requests that this Court take this subsequent Removal into consideration when determining whether to find the Defendant to be a

Vexatious litigant in the context of this case, as it is clear this behavior will not stop without some Court taking aggressive and necessary action.

Conclusion

WHEREFORE, Plaintiff, Russell Bush, MD prays:

1.  that this Court deny Defendant Stockman's attempted Removal and Remand this case back to State Court,

2.  that all appropriate sanctions be made against Defendant Stockman for his frivolous filing of this Removal as an attempt to delay the lower courts process,

3.  that Stockman be deemed a vexatious litigant will all sanctions permissible under that determination,

4.  that attorney's fees and costs be issued to Counter-Plaintiff Bush in the most severe form of this sanction available to the Court, and

5.  such other relief as the Court deems just.

Dated: _6-1-24_                  Respectfully submitted,

**GARSKE HEWITT & RODENBO, PLC**

BY: _____
STEPHAN M. GAUS (P28943)
Attorneys for Plaintiff
708 South Euclid Avenue
Bay City, MI 48706
T: (989) 355-0100
F: (989) 778-1464

3

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

RUSSELL BUSH, MD,                          10TH Circuit Case No. 21-046093-CB-3
    Plaintiff,                   U.S. District Court Case No. 25-CV-13417-TLL-PTM

v

DAVID STOCKMAN, MD,
An Individual
&

MICHIGAN INSTITUTE OF FORENSIC
SCIENCE & MEDICINE, PC
A Domestic Professional Corporation,
    Defendants.

---

GARSKE, HEWITT, & RODENBO PLC
Stephan M. Gaus (P28943)
Aaron C. Rodenbo (P74205)
Attorneys for Plaintiff
708 S. Euclid Avenue
Bay City, MI 48706
989-355-0100
gaus@garskelaw.com
arodenbo@garskelaw.com

David Stockman, Pro se
3871 Fortune Boulevard
Saginaw, MI 48603

989-341-3017
dstockma4@icloud.com

---

## PROOF OF SERVICE

    I, April M. Schuiling, certify that on June 1, 2026, all parties listed in the above caption were served via email with copies of the following:

- Plaintiff Bush's Third Supplemental Brief to Plaintiff's Motion to Remand to State Court

Dated:   June 1, 2026

By _April M. Schuiling_____
April M. Schuiling, Legal Assistant
Garske Hewitt & Rodenbo, PLC