# EXHIBIT B



Stephan Gaus <gaus@ghr.law>

## Petition for fees and costs

1 message

**Stephan Gaus** <gaus@ghr.law>                                              Thu, Jun 25, 2026 at 9:48 AM
To: David Stockman <dstockma4@icloud.com>

Dave:

Today, as directed by Judge Drain, I am filing a Petition for Attorney's Fees case 25-CV-13417.  I am writing one last time to give you an opportunity to Stipulate to the Petition.  Please let me know if you wish to discuss this.

Stephan